■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW A. BENEDICT, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered September 19, 2006. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the second degree and driving while intoxicated.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Centra, Fahey and Pine, JJ.